IFP

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

CHRISTIAN ROGERS,
Plaintiff,
v.
JUDGE MICHAEL TOMLINSON, in his personal and official capacities;
ST. CLAIR COUNTY;
ST. CLAIR COUNTY FRIEND OF THE COURT;
MARCELLA NEUMANN, in her individual capacity,
Defendants.

Case No.:
Hon.:

Case: 2:25-cv-12354
Assigned To : Leitman, Matthew F
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 7/30/2025
Description: CMP CHRISTIAN ROGERS v MICHAEL TOMLINSON ET AL
(LLH)

# COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

*(Civil Rights Action under 42 U.S.C. §1983)*

## INTRODUCTION

This is a civil rights action brought under **42 U.S.C. §1983** to address violations of the Plaintiff's rights under the **Fourteenth Amendment** to the United States Constitution.

Plaintiff Christian Rogers seeks declaratory relief, injunctive relief, and damages arising from the **unlawful suspension of his parenting time without due process of law** by Judge Michael Tomlinson of the St. Clair County Circuit Court.

Plaintiff further alleges that Defendant Marcella Neumann, with the aid or acquiescence of St. Clair County and the St. Clair County Friend of the Court, **conspired to interfere with and deprive him of court-ordered parenting time** without lawful basis.

This case arises from events occurring between **May 18, 2025, and July 24, 2025**, during which Plaintiff's parenting time was suspended **without any pending motion, without notice, without hearing, and without findings** as required by Michigan law (**MCL 722.23** and **MCL 722.27a(8)**).

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to **28 U.S.C. §1331** and **28 U.S.C. §1343**.

Venue is proper in this District under **28 U.S.C. §1391(b)**, as the events giving rise to the claims occurred in **St. Clair County, Michigan**.

## PARTIES

- **Plaintiff CHRISTIAN ROGERS** is a natural person and resident of Genesee County, Michigan. He is the father of the minor child whose parenting time is at issue.
- **Defendant JUDGE MICHAEL TOMLINSON** is, and was at all relevant times, a judge of the 31st Circuit Court for St. Clair County. He is sued in both his **personal and official capacities** for actions taken outside the scope of judicial immunity.
- **Defendant ST. CLAIR COUNTY** is a municipal entity organized under the laws of the State of Michigan.
- **Defendant ST. CLAIR COUNTY FRIEND OF THE COURT** is an arm of the circuit court responsible for enforcement of child support and parenting time orders.
- **Defendant MARCELLA NEUMANN** is a private individual who filed a custody motion and unilaterally withheld Plaintiff's parenting time without lawful authority or court order.

## FACTUAL BACKGROUND

- Plaintiff was granted parenting time under a valid custody order issued by the St. Clair County Circuit Court.
- On **May 28, 2025**, Defendant Marcella Neumann denied Plaintiff parenting time **without a court order**.
- On **May 23, 2025**, Marcella filed a custody motion, but did **not request emergency relief** or make any specific allegations of danger or harm.
- On **May 28, 2025**, Marcella sent a message stating she would continue withholding parenting time until "court takes care of it," despite no hearing or ruling.
- The court scheduled a support hearing for **July 24, 2025**. The notice indicated the matter was for **child support enforcement only**.
- At the hearing on July 24, 2025, **Judge Tomlinson unilaterally suspended Plaintiff's parenting time** without a motion, evidence, or findings on the record.
- When Plaintiff cited **MCL 722.27a(8)**, the judge responded, "I just did," and added, "This is about money," referencing child support.
- The suspension occurred after the warrant was lifted and without Marcella presenting any credible evidence or emergency petition.
- Plaintiff has **not seen his son since May 18, 2025**.

## CLAIMS FOR RELIEF

### COUNT I: VIOLATION OF DUE PROCESS

**(14th Amendment – Against All Defendants)**

- Plaintiff realleges all prior paragraphs.
- Defendants acted under color of state law to deprive Plaintiff of a **fundamental right without due process**.
- No motion was filed, no hearing was noticed, and no findings were entered to justify suspension of parenting time.
- These actions violated **clearly established constitutional rights**.

### COUNT II: CIVIL RIGHTS CONSPIRACY

**(42 U.S.C. §1985 – Against All Defendants)**

- Plaintiff realleges all prior paragraphs.
- Defendants acted in concert to deprive Plaintiff of his civil rights, specifically the **right to family integrity and due process**.
- The cooperation between Marcella Neumann and state actors resulted in deprivation of rights **under color of law**.

### COUNT III: MUNICIPAL LIABILITY

**(Monell Claim – Against St. Clair County)**

- Plaintiff realleges all prior paragraphs.
- St. Clair County failed to train or supervise its judicial and administrative officers to prevent **unauthorized parenting time suspensions**.
- These failures reflect **deliberate indifference** and resulted in the violation of Plaintiff's rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants **violated Plaintiff's constitutional rights**;

B. Issue an order **reinstating parenting time** under the last valid custody order;

C. Enjoin Defendants from further interfering with Plaintiff's parental rights **without due process**;

D. Award **compensatory and punitive damages** against individual defendants;

E. Award **costs and such further relief** as this Court deems just and proper;

**F. Issue temporary injunctive relief staying all state court custody proceedings**, including the hearing scheduled for **August 27, 2025**, until this Court adjudicates the federal constitutional claims raised herein.


**Respectfully submitted,**
/s/ Christian Rogers

**Christian Rogers, Pro Se**
2017 Goodrich Ave
Flint, MI 48532
christianrogers65@gmail.com
(810) 643-9062
Date: 7-30-, 2025

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Christian Rogers

### DEFENDANTS
1. Judge Michael Tomlinson

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| 440 | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983 – Violation of civil rights under color of state law (due process, equal protection, and parental rights)

Brief description of cause:
Plaintiff alleges that Judge Michael Tomlinson, acting under color of state law, suspended court-ordered parenting time without evidence, due process, or hearing, in retaliation for unpaid child support. St. Clair County, the Friend of the Court, and Marcella

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE 7-30-2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**CHRISTIAN ROGERS**
2017 Goodrich Ave
Flint, MI 48532
(810) 643-9062
christianrogers65@gmail.com

**Date:** July 30, 2025

**Clerk of the Court**
United States District Court
Eastern District of Michigan – Southern Division
231 W. Lafayette Blvd
Detroit, MI 48226

**RE: Urgent Filing – Emergency Motion and Civil Rights Complaint**
**Case Title:** *Christian Rogers v. Judge Michael Tomlinson, et al.*

Dear Clerk of the Court,

Please accept the enclosed hand-delivered documents for immediate filing in the above-captioned matter. I previously submitted a duplicate set of these materials by mail on July 24, 2025. However, due to the urgent nature of the relief requested, I am hand-delivering this official filing today and respectfully ask that the mailed version be disregarded if and when it arrives.

This filing includes a complaint under 42 U.S.C. §1983 with an Emergency Motion for Temporary Restraining Order, supporting declaration, proposed orders, and 10 exhibits.

If anything additional is required to complete the filing or initiate service, please notify me at the contact information provided above.

Respectfully submitted,
/s/ **Christian Rogers**
**Christian Rogers, Pro Se**