UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN ROGERS,

    Plaintiff,

v.

JUDGE TOMLINSON, *et al.*,

    Defendants.

Case No. 25-cv-12354
Hon. Matthew F. Leitman

_____/

## ORDER DEFERRING RULING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF No. 4)

On August 8, 2025, the Court held a hearing on Plaintiff Christian Rogers' motion for a temporary restraining order. (*See* Mot., ECF No. 4.) For the reasons explained on the record, the Court **DEFERS** ruling on that motion until state-court judge John D. Tomlinson enters an additional order addressing Rogers' parenting time. As further explained on the record, if/when Judge Tomlinson enters such an order, Rogers shall (1) file the order on the docket in this action and (2) email the order to the Court's staff at the email address Rogers previously used to communicate with the Court.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2025

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2025, by electronic means and/or ordinary mail.

                                          <u>s/Holly A. Ryan</u>
                                          Case Manager
                                          (313) 234-5126