UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

CHRISTIAN ROGERS,

Plaintiff,

v.

JUDGE JOHN D. TOMLINSON, et al.,

Defendants.

Case No. 25-cv-12354

Hon. Matthew F. Leitman

---

NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully notifies the Court of a contemporaneous federal filing that bears directly on the constitutional issues presented in this action.

On August 11, 2025, in Grant v. Hilton, et al., Case No. 4:25-cv-01203-JMD (E.D. Mo.), a Missouri attorney and parent filed an individual and class action complaint in the Eastern District of Missouri. That 170-page pleading asserts claims under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1964), 42 U.S.C. § 1983, and related causes of action, alleging that St. Louis County Family Court officials and private actors engaged in a

conspiracy to deprive parents of custody and visitation rights without constitutionally required process.

The Missouri complaint specifically challenges the suspension of parenting time absent notice, evidentiary hearing, or findings of harm, and alleges retaliation against parents who exposed systemic misconduct. These allegations mirror the structural concerns raised in Plaintiff's Motion for Temporary Restraining Order and Complaint in this case.

This Notice is submitted to inform the Court that other federal courts are now being asked to address nearly identical questions concerning due process, equal protection, and misuse of family court proceedings.

Respectfully submitted,

/s/ Christian Rogers

Christian Rogers, Pro Se

2017 Goodrich Ave

Flint, MI 48532

(810) 643-9062

Christianrogers65@gmail.com

Dated: August 16, 2025