UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN ROGERS,

    Plaintiff,

v.

JUDGE TOMLINSON, *et al.*,

    Defendants.

_____/

Case No. 25-cv-12354
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 21, 2025
Detroit, Michigan

1